Marigliano, Appellant, *v.* Marigliano.

Submitted March 24, 1975. *Thomas G. Linsley* and *R. Michael Kemler,* for appellant; *Cecil Maidman,* Deputy Attorney General, for appellee.

Order affirmed.

## Thomas Appeal.

Submitted March 24, 1975. *Elaine DeMasse, Joseph M. Casey,* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Barry H. Oxenburg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for appellee.

Order affirmed.

## Toepfer *v.* Merz, Appellant, et al.

opinion by PITT, JR., J. Submitted December 2, 1974. *Albert C. Kreischer,* and *Duane, Morris & Heckscher,* for appellant; *William Butler, IV,* for appellee.

Order affirmed.